

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00758-CV

Michelle **NIÑO**, Individually and
as Personal Representative of the Estate of Robert Niño, Deceased;
Julyssa Sixx Niño; Robert Niño, Jr.; and Alyssa Nikki Niño,
Appellants

v.

**PRIMORIS ENERGY SERVICES CORP.**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 15-12-12787-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. Costs of court for this appeal are taxed against Appellants.

SIGNED July 10, 2019.

_____
Patricia O. Alvarez, Justice